## Warner's Estate

*Thomas S. Howland* and *C. Rodger Melling*, for exceptant.

*S. Lloyd Moore*, of *Moore, Gossling & Panfil*, contra.

PER CURIAM, November 19, 1937.—The exceptions are dismissed for the reasons given by the auditing judge. There is nothing in the will from which an intention could be inferred to give the annuities free of inheritance tax. The adjudication is confirmed absolutely.